IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| SAINTNALS E.S. APPLETON,<br><br>          PLAINTIFF,<br><br>VS.<br><br>SAINTNALS, LLC, ET AL.,<br><br>          DEFENDANTS. | CASE NO. 1:25-CV-0032 |

NOTICE OF APPEARANCE

Please enter the appearance of Andrew C. Simpson of Andrew C., Simpson, P.C. as counsel for Saintnals, LLC in this matter. Saintnals expressly preserves its right to compel arbitration of this matter in accordance with its employment contract with the Plaintiff. Saintnals also preserves all challenges to the jurisdiction of this Court including, without limitation, (1) failure to file suit within 90 days of Plaintiff's receipt of the EEOC Notice of Right to Sue and (2) failure to exhaust administrative remedies.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Saintnals, LLC

Dated: August 19, 2025

  Andrew C. Simpson  
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

**CERTIFICATE OF SERVICE**

    I certify that on August 19, 2025, the foregoing document was served upon Plaintiff by U.S. Mail, postage prepaid and email to the following address:

Frandelle E.S. Appeleton
5064 Cotton Valley, Lot 296
Christiansted, VI 00820
Fpierr6@yahoo.com


                                                                                                   Andrew C. Simpson