IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| SAINTNALS E.S. APPLETON,<br><br>　　　　　PLAINTIFF,<br><br>VS.<br><br>SAINTNALS, LLC, ET AL.,<br><br>　　　　　DEFENDANTS. | CASE NO. 1:25-CV-0032 |

CORPORATE DISCLOSURE STATEMENT OF SAINTNALS, LLC

Saintnals, LLC makes the following corporate disclosure pursuant to Fed. R. Civ. P. 7.1.

7.1(a)(1)(B):   Saintnals, LLC has no parent corporation and no publicly held corporation owns 10% or more of its membership interests.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**ANDREW C. SIMPSON, P.C.**,
　　　　　　　　　　　　　　　　　　　Counsel for Saintnals, LLC

Dated: August 19, 2025

　　　　　　　　　　　　　　　　　　　  Andrew C. Simpson  
　　　　　　　　　　　　　　　　　　　VI Bar No. 451
　　　　　　　　　　　　　　　　　　　ANDREW C. SIMPSON, P.C.
　　　　　　　　　　　　　　　　　　　2191 Church Street, Suite 5
　　　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　　　Tel: 340.719.3900
　　　　　　　　　　　　　　　　　　　asimpson@coralbrief.com

**CERTIFICATE OF SERVICE**

 I certify that on August 19, 2025, the foregoing document was served upon Plaintiff by U.S. Mail, postage prepaid and email to the following address:

Frandelle E.S. Appeleton
5064 Cotton Valley, Lot 296
Christiansted, VI 00820
Fpierr6@yahoo.com

                Andrew C. Simpson