IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| SAINTNALS E.S. APPLETON,<br><br>                PLAINTIFF,<br><br>VS.<br><br>SAINTNALS, LLC, ET AL.,<br><br>                DEFENDANTS. | CASE NO. 1:25-CV-0032 |

## MOTION TO DISMISS

Saintnals, LLC, moves to dismiss this case because (1) it is barred by the statute of limitations applicable in Title VII cases and (2) plaintiff agreed to arbitrate all disputes relating to her employment, including disputes with Saintnal's contractors and employees of either Saintnals or its contractors, including all defendants named in the complaint.

                                                      Respectfully submitted,

                                                      **ANDREW C. SIMPSON, P.C.**,
                                                      Counsel for Saintnals, LLC

Dated: September 2, 2025

                                                     /s/ Andrew C. Simpson
                                                     VI Bar No. 451
                                                     ANDREW C. SIMPSON, P.C.
                                                     2191 Church Street, Suite 5
                                                     Christiansted, VI 00820
                                                     Tel: 340.719.3900
                                                     asimpson@coralbrief.com

## CERTIFICATE OF SERVICE

I certify that on September 3, 2025, the foregoing document was served upon Plaintiff by U.S. Mail, postage prepaid and email to the following address:

Frandelle E.S. Appeleton
5064 Cotton Valley, Lot 296
Christiansted, VI 00820
Fpierr6@yahoo.com

      /s/  Andrew C. Simpson