# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | 515-2024-00171 |
| [ ] EEOC | |

Puerto Rico Department of Labor - Antidiscrimination Unit _____ and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Frandelle E Appleton
**Home Phone** (Incl. Area Code): (340) 626-5158
**Date of Birth**: 1968

**Street Address**: 5064 Cotton Valley, Lot 296 ST Croix US Vigrin Islands 00820

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

**Name**: Saintnals, Llc
**No. Employees, Members**: 100-more
**Phone No.**:

**Street Address**: 5316 Yatch Haven Grande, Suite N-104 Charlotte Amalie SAint Thomas US 00802

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
[ ] RACE   [X] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [X] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[X] OTHER (Specify) Harassment

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: Oct 5, 2022
Latest: 12-11-2023
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):
Please see the document attached.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: JAN 05, 2024
Charging Party Signature: [signed]

NOTARY – When necessary for State or Local Agency Requirements
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**Exhibit B**

**My name is Frandelle Appleton and I am a terminal operator at Saintnals, formally known as Ipos. I have worked at the facility for approximately 9 years. Now, I am the most senior operator employed by the company. On July 1, 2022, Saintnals took over the facility contract from Ipos and new management and supervision were appointed. Prior to Saintnals taking over, I had never been written up or faced any disciplinary job action.**

**Almost immediately after Saintnals took over the contract, I began to experience a pattern of discriminatory behavior and harassment from supervision and management that has caused me a great deal of emotional distress. In the span of a year and a half I have been passed up for a position in which I qualified for, written up on several occasions, unfairly pulled into several HR meetings, isolated from my co-workers by management, and as of today's date suspended pending an investigation into an allege incident. I have also suffered financial loss due to the company's actions. As a result of being harassed, I have had to seek weekly psychological counseling.**

**On July 27, 2022, I was completely bypassed for the position of lead operator at the St. Croix facility. The position was given to a male co-worker whom I was senior to and whom I had more practical and supervisory experience than. I was not interviewed for said position nor was I even aware that the position had existed until after my male co-worker had been offered and accepted the position.**

**On November 9th, 2022, I was written up by management for an issue surrounding a leave of absence. This write up was unfair and unjust because I did not go outside of company policy or practice. Further, my male counterparts had partaken in the exact same practice, and they were not subjected to the same penalty that I was. I told HR I felt like I was being discriminated against and harassed, and that they were bullying me into saying I had broken company policy. I was still written up and handed this write up by the company strategically just an hour before I left for my vacation which ruined my vacation time with my family. Almost immediately after this issue occurred the company made several changes to its policy and**

**Exhibit B**

San Diego Local Office
Case: 1:25-cv-00032-WAL-EAH    Document #: 14-2    Filed: 09/02/25    Page 3 of 4

adjusted their paperwork in an attempt to cover up their discriminatory behavior towards me and justify their punitive actions.

In December of 2022 the company issued employees annual bonuses.  To my surprise, my bonus had been reduced by $2,600. I was not given an employee appraisal for that calendar year, nor was I given an explanation as to why my bonus had been reduced so significantly.

Because of the harassment and constantly being picked on by management, I was forced to seek legal counsel. On February 27th, 2023, my attorney wrote a letter on my behalf informing the company that I had felt discriminated against and harassed. The company never responded to the letter, nor did they address any of my concerns.  Moreover, it is my belief that the company then began to behave in a retaliatory manner against me.

Everything that I did at work was placed under a microscope. I have been subjected to micromanaging and constant criticism.  I have been told on numerous occasions that "I didn't know what I am doing" and that "I don't listen" by my supervision.  Often, information is withheld from me by my supervisor, and I am left in the dark.  During the numerous meetings that I have been pulled into with HR and management I would be referred to and labeled as confrontational when attempting to ask any questions or defend my position. Several of my co-workers have asked me questions like "what did you do to the supervisor?"   and made statements to me like "there's a thin line between love and hate." Referring to the hostile atmosphere that had been created by management. I have also become aware that the supervisor often discusses me with my colleagues in an attempt to alienate me.  The supervisor has told at least one employee that I was "throwing everybody under the bus".

When I would call out sick, HR would write to my personal email reminding me of the sick leave policy, even though my attendance record was sound.  None of my other coworkers would receive such emails when calling out sick.  I was singled out and asked to do things that my other co-workers were not.  For example, on August 24th, 2022, my coworker made a typo in a log that he had sent out. I was then told that it was my responsibility to review his daily logs, to make sure that he did not make any errors in them.  Despite continuous errors by many of my coworkers in the daily logs, I was the only

**Exhibit B**

one that was seemingly held accountable for someone else's mistake. None of my other co-workers received this request via email.

On November 1, 2023, I was issued a final written warning by the company. This final written warning was another attempt to harass and retaliate against me. In the final warning, the company failed to cite any policy that I had broken or establish any clear wrongdoing on my part. I once again told HR that I was being harassed and no matter what I did I was being picked on. Further, I was issued this final written warning on the day that had I returned from bereavement leave after the passing of my mother. The action and timing of this write up caused me a great deal of emotional distress, mental anguish, and a whole lot of anxiety.

On December 11, 2023, I was placed on suspension with pay, pending investigation by the company. The company alleges that an incident occurred and that I had failed to report it. I disagree with the company's assessment. In my opinion what occurred was so minute and it did not meet the threshold to be labeled as an "incident". A few months earlier an incident occurred with a male co-worker in the lot which required the use of a fire extinguisher. The incident was not reported and when management discovered that the incident had occurred my co-worker was not suspended, he was simply asked to write a statement. This is yet another example of the disparate treatment towards me. I feel like I'm being discriminated against because of my age and gender. I am working in a hostile working environment and do not know how long I can hold on without experiencing any further mental and physical illness.

I truly believe that I have been discriminated for my sex, age , color and victim of retaliation this against the Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967 .

Regards,
Frandelle Appleton