IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| FRANDELLE E.S. APPLETON,<br><br>PLAINTIFF,<br><br>VS.<br><br>SAINTNALS, LLC, ET AL.,<br><br>DEFENDANTS. | CASE NO. 1:25-CV-0032 |

DECLARATION OF OLIVER GARCIA

I, Oliver Garcia, being over the age of eighteen and competent to testify about the matters contained herein hereby declare and state the following on the basis of my personal knowledge:

1. I am the President of Saintnals, LLC and an officer of the company.

2. Terence Keogh, Jeffrey Gopaul, and Stephen Myshak were all employees of Saintnals, LLC at all times relevant to Frandelle Appleton's complaint.

3. Humani HR was a human resources contractor retained by Saintnals, LLC to provide human resources consulting services to Saintnals, LLC.

4. Chantel Perry and Angie Calderone were both employees of Humani HR and were assigned by Humani HR to assist Saintnals with human resources issues as needed.

5. All of the above individuals and Humani HR were intended third-party beneficiaries of the arbitration agreements signed by all Saintnals LLC employees (including Appleton).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2025.

_____
Oliver Garcia

**Exhibit C**