ECF Motion
(Rev. 8/10/15)

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF    ☐ ST. THOMAS/ST. JOHN    ☐ ST. CROIX

_Jrandelle Evelyn Sandra Appleton_ )
(Print your full name) )
)
Plaintiff *pro se*, )
) Civil Action No. _1:25-CV-0032_
v. ) (To be provided by the Clerk of Court)
)
_Saintmarks, LLC., Et al_ )
)
_____ )
Defendant(s)

### MOTION FOR PERMISSION TO USE ELECTRONIC CASE FILING

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case pursuant to Local Rule of Civil Procedure 5.4(b)(2).[1] I hereby affirm that:

(1) I understand Rule 5.4(b)(2) authorizes the Court to grant this motion **at the Court's discretion**;

(2) I reviewed Rule 5.4 and the requirements for e-filing and agree to abide by them; and

(3) I have regular access to the technical requirements necessary to e-file successfully, including:

- A computer with internet access;
- An email account that I can access on a daily basis to receive notifications from the Court and notices from the e-filing system;
- A scanner to convert documents that are only in paper format into electronic files;
- A word-processing program to create documents; and
- A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: _Sept. 02, 2025_          Signature: _Jra ES Appleton_

---

[1] "*If the Court permits*, a party to a pending civil action who is eligible to proceed pro se may register as a Filing User in the Electronic Filing System solely for purposes of the action in a form prescribed by the Clerk." LRCi 5.4(b)(2) (emphasis added).