

## AFFIDAVIT OF SERVICE

PLAINTIFF                                    ]

*Franselle E.S. Appleton* ]

VS                                           ]
                                             ]
                                             ]
DEFENDANT                                    ]

*Terence Keough*

CASE NO. *25-CV-32*

ACTION FOR:

TERRITORY OF THE VIRGIN ISLANDS

DISTRICT COURT OF ST.CROIX

I, DARWIN D. DOWLING being duly sworn according to law upon oath depose and state:

1. That I am a citizen of the United States and a resident of St. Croix, United States Virgin Islands and that I am a process
   server duly appointed by the Courts of the Virgin Islands.

2. That I received copies of ( ✓ ) Summons ( ✓ ) Complaint ( )Subpoena ( ) Citation ( ) Letter ( ) Order ( ) Notice to Quit
   ( ) Subpoena Duces Tecum ( ) 30 Day Notice ( ) F.E.D ( ) Other

### SERVICE INFORMATION

✓ SERVED PERSONALLY ____ SERVED THROUGH _____ NOT SERVED _____ POSTED

DATE RECEIVED *8/18/25* DATE SERVED *8/18/25* PERSON SERVED *Terence Keough*

TIME SERVED *3:00* a.m./p.m. PLACE SERVED *Saint Nails (Office) Est Richmond*

DESCRIPTION OF PERSON: *M* SEX *Cau* RACE *55+* AGE *Bld* HAIR

HGT: OVER 6FT _____ UNDER 6FT _____ WGT: OVER 200 _____ UNDER 200 ✓

3. That such service was made by delivering to and leaving with the person, who was properly identified to be mentioned and described in said process or
   authorized according to law to receive service of process.

4. I left the document(s) at the individual's place of abode/residence with _____

A person of suitable age and discretion who resides there and I informed the person of the contents therein on _____.

5. That I made a diligent search on St. Croix for the individual to be served but was unable to find or learn of their whereabouts to provide service of process.
   My endeavour(s) were that on the following:

_____

_____

_____

_____

_____

SUBSCRIBED AND SWORN TO BEFORE ME

THIS *20* DAY OF *Aug* 20 *25*

_____
NOTARY PUBLIC

NAME: *Sindey B. Wilton*

NOTARY NO: *554-22*

COMMISION EXPIRES: *Oct. 11 2026*

_____
DARWIN D. DOWLING
PROCESS SERVER

SINDEY B. WILTON
Notary Public
St. Croix, U.S. Virgin Islands
NP-554-22
My Commission Expires October 11, 2026

**Tri Delta Services**