Form VI-AO 440 (Rev. 8/19/15) Summons in a Civil Action (Page 2)

Civil Action No. _____

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey GasPaul

was received by me on *(date)* 8/18/25 .

☑ I personally served the summons on the individual at *(place)* Saint Nello (Office) Kittitas
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 8/18/25

_____
Server's signature

Darwin Dowling, Process Server
Printed name and title

248 St. George, Frd VI 00840
Server's address

Additional information regarding attempted service, etc:

Form VI-AO 440 (Rev. 8/19/15) Summons in a Civil Action

# DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ☐ ST. THOMAS/ST. JOHN ☐ ST. CROIX

Frandelle E.S. Appleton
*Plaintiff(s)*

v.

Jeffrey Gopaul
*Defendant(s)*

Civil Action No. 25-cv-32

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jeffrey Gopaul
5316 Yacht Haven Grande
Suite N-104
Unit # 1060    1A.
Charlotte Amalie, V.I. 00802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: *(Plaintiff's name and address or the name and address of plaintiff's attorney)*

Frandelle E.S. Appleton
5064 Cotton Valley
Lot 296
Christiansted, V.I. 00820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Glenda L. Lake, Esquire

CLERK OF COURT

Date: 8/14/2025

Jennifer Sims, Deputy Clerk
*Signature of Clerk or Deputy Clerk*