

## AFFIDAVIT OF SERVICE

PLAINTIFF
Franselle F.S. Appleton

VS

DEFENDANT
Jeffrey GasPaul

TERRITORY OF THE VIRGIN ISLANDS
DISTRICT COURT OF ST. CROIX

CASE NO. 25-CV-32
ACTION FOR:

I, DARWIN D. DOWLING being duly sworn according to law upon oath depose and state:

1. That I am a citizen of the United States and a resident of St. Croix, United States Virgin Islands and that I am a process server duly appointed by the Courts of the Virgin Islands.

2. That I received copies of (✓) Summons (✓) Complaint ( )Subpoena ( ) Citation ( ) Letter ( ) Order ( ) Notice to Quit ( ) Subpoena Duces Tecum ( ) 30 Day Notice ( ) F.E.D ( ) Other

### SERVICE INFORMATION

✓ SERVED PERSONALLY ___ SERVED THROUGH ___ NOT SERVED ___ POSTED
DATE RECEIVED 8/18/25  DATE SERVED 8/18/25  PERSON SERVED Jeffrey GasPaul
TIME SERVED 2:58 a.m./p.m.  PLACE SERVED Saint Nalls (Office) Est. Richmond
DESCRIPTION OF PERSON: ___ SEX Ins  RACE 50+  AGE Blk  HAIR ___
HGT: OVER 6FT ___ UNDER 6FT ✓  WGT: OVER 200 ___ UNDER 200 ✓

3. That such service was made by delivering to and leaving with the person, who was properly identified to be mentioned and described in said process or authorized according to law to receive service of process.

4. I left the document(s) at the individual's place of abode/residence with _____ A person of suitable age and discretion who resides there and I informed the person of the contents therein on _____

5. That I made a diligent search on St. Croix for the individual to be served but was unable to find or learn of their whereabouts to provide service of process. My endeavour(s) were that on the following:

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 20 DAY OF Aug, 20 25

_____
NOTARY PUBLIC

NAME: Sindey B. Wilton
NOTARY NO: 554-22
COMMISION EXPIRES: Oct/11/2026

_____
DARWIN D. DOWLING
PROCESS SERVER

SINDEY B. WILTON
Notary Public
St. Croix, U.S. Virgin Islands
NP-554-22
My Commission Expires October 11, 2026

**Tri Delta Services**