**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **FRANDELLE E.S. APPLETON,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**SAINTNALS, LLC; TERENCE KEOGH; JEFFREY GOAPUL; STEPHEN MYSHAK; OLIVER GARCIA; CHANTEL PERRY; ANGIE CALDERONE; HUMANI,**<br><br>　　　　　Defendants.<br>_____ | 1:25-cv-00032-WAL-EAH |

**TO:**　Frandelle E.S. Appleton, *Pro Se*
　　　　Andrew C. Simpson, Esq.

**ORDER**

**THIS MATTER** comes before the Court on a Motion for Permission to Use Electronic Case Filing, filed on September 3, 2025 by Plaintiff Frandelle E.S. Appleton, appearing pro se. Dkt. No. 15.

Given that Ms. Appleton has paid the filing fee, she is now eligible to file documents electronically on the electronic case filing ("ECF") system. *See* LRCi 5.4(b). Ms. Appleton filled out a motion form indicating that she understood the provisions of Local Rule 5.4 concerning electronic filing, she reviewed that rule and its requirements and agreed to abide by them, and that she had regular access to the technical requirements necessary to e-file successfully. Dkt. No. 15.

However, the form Ms. Appleton used is not the current form used by the Court, which requires electronic case filers to, among other things, obtain a PACER account and attend a

*Appleton v. Saintnals, LLC*
1:25-cv-00032-WAL-EAH
Order
Page 2

training. This form can be found on the District Court of the Virgin Islands' website, under the Pro Se Initiative tab. The form is located in the NextGen CM/ECF Registration Guide for Non-Attorney Filers at Appendix 1. *See* http://www.vid.uscourts.gov/pro-se-initiative-0. Ms. Appleton will have to submit that form and comply with those requirements in order for the Court to grant her permission to use electronic case filing.

Accordingly, it is hereby **ORDERED**:

1. Ms. Appleton's Motion for Permission to Use Electronic Case Filing, Dkt. No. 15, is **DENIED WITHOUT PREJUDICE**.

2. The Clerk's Office shall send a copy of this Order to the pro se Plaintiff via certified mail, return receipt requested.

ENTER:

Dated: September 8, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE