**DISTRICT COURT OF THE VIRGIN ISLANDS**
Clerk's Office
5500 Veterans Drive, Suite 310
Charlotte Amalie, St. Thomas, V.I. 00802-6424

OFFICIAL BUSINESS



Frandelle E.S. Appleton
5064 Cotton Valley
Lot 296
Christiansted, VI 00820

PS Form 3800, January 2023