IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| SAINTNALS E.S. APPLETON,<br><br>               PLAINTIFF,<br><br>VS.<br><br>SAINTNALS, LLC, ET AL.,<br><br>               DEFENDANTS. | CASE NO. 1:25-CV-0032 |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
OF TERENCE KEOGH AND JEFFREY GOPAUL[1]**

    Terence Keogh and Jeffrey Gopaul, moves to dismiss this case under Fed. R. Civ. P. 12(b)(6) because (1) it is barred by the statute of limitations applicable in Title VII and Age Discrimination in Employment Act (" ADEA") cases; (2) plaintiff agreed to arbitrate all disputes relating to her employment, including disputes with Saintnal's employees such as Keogh and Gopaul; and (3) because individuals are not subject to liablity under Title VII or the ADEA.

## FACTS

    Plaintiff was employed by Saintnals from July 1, 2022, until her termination on January 31, 2024. Complaint, Doc. No. 1 at 2 (Section III.A). She is sueing Keogh and Gopaul for alleged violations of Title VII and the ADEA.

---

[1] In accordance with LRCi 7.1(c)(1), movants are submitting a combined motion and memorandum in support as a single document.

**ARGUMENT**

**A. KEOGH AND GOPAUL JOIN IN SAINTNALS' PENDING MOTION TO DISMISS**

Rather than repeat the same argument presented by Saintnals in its motion to dismiss (Doc. No. 13), Keogh and Gopaul join in that pending motion in full. The complaint should be dismissed as untimely and because all claims in it are subject to arbitration.

**B. NEITHER TITLE VII NOR THE ADEA APPLY TO INDIVIDUALS**

Plaintiff's claims against Keogh and Gopauls should also be dismissed because there is no cause of action against individuals under Title VII or the ADEA. In 1996, the Third Circuit, sitting *en banc* held that "Congress did not intend to hold individual employees liable under Title VII. *Sheridan v. E.I. DuPont de Nemours and Co.*, 100 F.3d 1061, 1078 (1996). The same is true in cases filed under the ADEA. *See Hill v. Borough of Kutztown*, 455 F.3d 225, 246 n.29 (3d Cir.2006) (stating that "the ADEA does not provide for individual liability"); *Rodrock v. Moury*, 379 Fed.Appx. 164, 166 (3d Cir.2010) (affirming dismissal of claim under 42 U.S.C. § 1983 for violation of the ADEA because the ADEA does not allow claims for damages against individual defendants sued in their individual capacities).

Because none of Plaintiff's claims against the Keogh and Gopaul are viable under binding Third Circuit precedent, they should be dismissed from this action, with prejudice.[2]

---

[2] In the interests of efficiency, the Court may wish to consider issuing an Order to show cause to Plaintiff directing her to show cause why all individual defendants in

## CONCLUSION

For the foregoing reasons, Defendants Keogh and Gopaul respectfully request that this Court grant their Motion to Dismiss in its entirety. Plaintiff's claims must be dismissed because she has no viable claims against individual defendants. Further, due to her untimely filing, or alternatively because all claims are subject to mandatory arbitration under a valid and enforceable agreement, the case should be dismissed. All three grounds provide independent and complete bases for dismissal.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Saintnals, LLC

Dated: September 10, 2025

/s/ Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

## CERTIFICATE OF SERVICE

I certify that on September 10, 2025, the foregoing document was served upon Plaintiff by U.S. Mail, postage prepaid and email to the following address:

---

this action should not be dismissed. Otherwise, the case could linger on the Court docket due to the existence of individuals named in the complaint who have not been served.

Frandelle E.S. Appeleton
5064 Cotton Valley, Lot 296
Christiansted, VI 00820
Fpierr6@yahoo.com

                                        /s/  Andrew C. Simpson

Frandelle E.S. Appeleton
5064 Cotton Valley, Lot 296
Christiansted, VI 00820
Fpierr6@yahoo.com

                                    /s/  Andrew C. Simpson