IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| SAINTNALS E.S. APPLETON,<br><br>    PLAINTIFF,<br><br>VS.<br><br>SAINTNALS, LLC, ET AL.,<br><br>    DEFENDANTS. | CASE NO. 1:25-CV-0032 |

**[PROPOSED] ORDER ON MOTION TO DISMISS**

  This matter is before the Court on the motion of Terence Keogh and Jeffrey Gopaul to dismiss the claim against them. They join in the motion to dismiss filed by co-defendant Saintnals, LLC, which seeks dismissal based upon the untimely filing of the complaint and based upon an arbitration agreement signed by Plaintiff. They also move to dismiss on a third ground: that individuals are not subject to liability under Title VII or the Age Discrimination in Employment Act ("ADEA").

  With respect to this third issue, the Court is bound to follow the precedent of the Third Circuit which confirms that individuals are not subject to liability under either Title VII or the ADEA. *See Sheridan v. E.I. DuPont de Nemours and Co.*, 100 F.3d 1061, 1078 (1996) (Title VII); *Hill v. Borough of Kutztown*, 455 F.3d 225, 246 n.29 (3d Cir.2006) (ADEA). Consequently, Plaintiff cannot pursue claims against individuals

For the foregoing reasons, it is

**ORDERED** that Terence Keogh and Jeffrey Gopaul are dismissed from this action, with prejudice. It is further

**ORDERED** that Plaintiff shall show cause within ten days of this Order why the remaining individual defendants named in the complaint should not likewise be dismissed.

So Ordered.

_____
U.S. District Judge