**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **SAINTNALS E.S. APPLETON,**<br><br>PLAINTIFF,<br><br>VS.<br><br>**SAINTNALS, LLC, ET AL.,**<br><br>DEFENDANTS. | **CASE NO. 1:25-CV-0032** |

**NOTICE OF JOINDER OF TERENCE KEOGH AND JEFFREY GOPAUL IN SAINTNALS, LLC'S MOTION TO DISMISS (DOC. NO. 13)**

Terence Keogh and Jeffrey Gopaul give notice that they join in the motion to dismiss filed by Saintnals, LLC (Doc. No. 13).

                                              Respectfully submitted,

                                              **ANDREW C. SIMPSON, P.C.,**
                                              Counsel for Terence Keogh and Jeffrey Gopaul

Dated: September 10, 2025

                                              /s/ Andrew C. Simpson
                                              VI Bar No. 451
                                              ANDREW C. SIMPSON, P.C.
                                              2191 Church Street, Suite 5
                                              Christiansted, VI 00820
                                              Tel: 340.719.3900
                                              asimpson@coralbrief.com

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2025, the foregoing document was served upon Plaintiff by U.S. Mail, postage prepaid and email to the following address:

Frandelle E.S. Appeleton
5064 Cotton Valley, Lot 296
Christiansted, VI 00820
Fpierr6@yahoo.com

                                                        /s/ Andrew C. Simpson