IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| FRANDELLE E.S. APPLETON,<br><br>Plaintiff,<br><br>v.<br><br>SAINTNALS, LLC, STEPHEN MYSHAK, OLIVER GARCIA, JEFFREY GOPAUL, ANGIE CALDERONE, CHANTEL PERRY, AND TERENCE KEOGH,<br><br>Defendants. | Case No. 1:25-cv-00032<br><br>**ACTION FOR WRONGFUL DISCHARGE**<br><br><u>JURY TRIAL DEMANDED</u> |

## **<u>NOTICE OF APPEARANCE</u>**

**COMES NOW,** Lee J. Rohn, Esquire of Lee J. Rohn and Associates, LLC, and enters her appearance as counsel on behalf of Plaintiff, Frandelle E.S. Appleton**,** in the above-captioned matter.

Please direct copies of all future pleadings, correspondence and other papers filed in this action to Lee J. Rohn, Esquire at 1108 King Street, Suite 3 (mailing)/56 King Street, Third Floor (physical), Christiansted, St. Croix, U.S. Virgin Islands 00820 or info@rohnlaw.com.

                                                   RESPECTFULLY SUBMITTED
                                                   LEE J. ROHN AND ASSOCIATES, LLC
                                                   Attorneys for Plaintiff

DATED: September 14, 2025           BY:   /s/ Lee J. Rohn
                                                      Lee J. Rohn, Esq.
                                                      VI Bar No. 52
                                                      1108 King Street, Suite 3 (mailing)
                                                      56 King Street, Third Floor (physical)
                                                      Christiansted, St. Croix
                                                      U.S. Virgin Islands 00820
                                                      Telephone: (340) 778-8855
                                                      lee@rohnlaw.com



Appleton, Frandelle E.S. v. Saintnals, LLC, et. al., Case No. 1:25-CV-00032
**NOTICE OF APPEARANCE**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on September 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Andrew Simpson, Esq..
Andrew, C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
Attorney For: Terence Keogh and Jeffrey Gopaul

BY:   /s/ Lee J. Rohn       (kjg)