### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| FRANDELLE E.S. APPLETON, | Case No. 1:25-cv-00032 |
| Plaintiff, | |
| v. | **ACTION FOR WRONGFUL DISCHARGE** |
| SAINTNALS, LLC, STEPHEN MYSHAK, OLIVER GARCIA, JEFFREY GOPAUL, ANGIE CALDERONE, CHANTELL PERRY, AND TERENCE KEOGH, HUMAN HR, | <u>JURY TRIAL DEMANDED</u> |
| Defendants. | |

### <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

With no defendant having yet filed an answer or motion for summary judgment, Plaintiff Frandelle E.S. Appleton dismisses this matter, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  September 15, 2025

BY:  __/s/ Lee J. Rohn_____
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com



*Appleton, Frandelle E.S. v. Saintnals, LLC, et. al.*, Case No. 1:25-CV-00032
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
Page 2

## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record

BY: ___/s/ Lee J. Rohn_____(kjg)