**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| FRANDELLE E.S. APPLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2025-0032 |
| | ) |
| SAINTNALS, LLC, TERENCE KEOGH, | ) |
| JEFFREY GOPAUL, STEPHEN MYSHAK, | ) |
| OLIVER GARCIA, CHANTEL PERRY, | ) |
| ANGIE CALDERONE, and HUMANI HR, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**Attorneys:**
**Lee J. Rohn, Esq.**
St. Croix, U.S.V.I.
    *For Plaintiff Frandelle E.S. Appleton*

**Andrew C. Simpson, Esq.**
St. Croix, U.S.V.I.
    *For Defendants Saintnals LLC, Terence Keogh, and Jeffrey Gopaul*

**ORDER**

THIS MATTER comes before the Court on Plaintiff Frandelle E.S. Appleton's ("Plaintiff") "Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 23), wherein she dismisses "this matter, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)." *Id*.

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides: "[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, none of the Defendants have filed an answer to Plaintiff's complaint, nor a motion for summary judgment, and therefore dismissal of this action has been properly effectuated.

In view of the foregoing, it is hereby

**ORDERED** that Plaintiff's "Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 23) is **ACCEPTED**; and it is further

**ORDERED** that the "Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 23) serves to **DISMISS WITHOUT PREJUDICE** the instant action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); and it is further

**ORDERED** that Defendant Saintnals, LLC's "Motion to Dismiss" (Dkt. No. 13) is **DENIED AS MOOT**; and it is further

**ORDERED** that Defendants Terence Keogh and Jeffrey Gopaul's "Motion and Memorandum in Support of Motion to Dismiss of Terence Keogh and Jeffrey Gopaul" (Dkt. No. 20) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED**.

Date: September 29, 2025

_____/s/_____
WILMA A. LEWIS
Senior District Judge